MARC J. SHRAKE (Bar No. 219331)
  mjs@amclaw.com
ALBERT K. ALIKIN (Bar No. 265119)
  aka@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Defendant and Counterclaimant ONEBEACON AMERICA INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY, a corporation,<br><br>　　　　Plaintiff,<br>　　vs.<br>ONEBEACON AMERICA INSURANCE COMPANY, a corporation, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. SACV13-0797 CJC (AJWx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE BY ALL PARTIES UNDER RULE 41(a)(1)(A)(ii)**<br><br><br>Trial Date: December 15, 2015 |

　　　　Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, under which a Court order is not required, all parties by their respective signatures

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1386031.1 05608-023

STIPULATION OF DISMISSAL WITH PREJUDICE BY ALL PARTIES UNDER RULE 41(a)(1)(A)(ii)

below hereby stipulate to dismiss this entire action, with prejudice, and with all rights of appeal waived.  Each party is to bear its own fees, costs, and expenses.

    IT IS SO STIPULATED.

DATED:  December 7, 2015    NIXON PEABODY LLP

By:  */s/ Gregory P. Deschenes*
    Gregory P. Deschenes
Attorneys for Plaintiff and Counterdefendant
ACE Property & Casualty Insurance Company

DATED:  December 7, 2015    ANDERSON, McPHARLIN & CONNERS LLP

By:  */s/ Marc J. Shrake*
    Marc J. Shrake
Attorneys for Defendant and Counterclaimant
OneBeacon America Insurance Company

I attest that Gregory P. Deschenes on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.

    */s/ Marc J. Shrake*